GOVERNMENT OF SRI LANKA, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Court No. 93–11–00751

(Dated June 24, 1994)

## JUDGMENT

## ORDER

CARMAN, *Judge:* Upon consideration of plaintiff's motion for summary judgment and defendant's response thereto, it is hereby

ORDERED plaintiffs motion is granted; and it is further

ORDERED the United States Department of Commerce shall revoke the countervailing duty order, *Apparel from Sri Lanka; Final Affirmative Countervailing Duty Order,* 50 Fed. Reg. 9826 (1985), with respect to apparel products from Sri Lanka; and it is further

ORDERED judgment is for plaintiff.